UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 16  P 2: 52

[COURT STAMP]

BABY BUNK, INC.,

                                    Plaintiff,

        v.                                         CIVIL ACTION NO. 03-12252 REK

ARM'S REACH CONCEPT, INC.,

                                    Defendant.

## NOTICE OF APPEARANCE OF MARK D. ROBINS

To the clerk:

Please enter the appearance of the undersigned as counsel of record for Defendant Arm's

Reach Concepts, Inc.

                        _Mark D. Robins_ [signature]
                        Mark D. Robins, Esq. (BBO# 559933)
                        NIXON PEABODY LLP
                        101 Federal Street
                        Boston, Massachusetts 02110
Dated: January 16, 2004       (617) 345-1000

BOS1345294.1

I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on 1/16/04

                        _Mark D. Robins_ [signature]