UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BABY BUNK, INC.,

          Plaintiff,

v.

ARM'S REACH CONCEPT, INC.,

          Defendant.

CIVIL ACTION NO. 03-12252 REK

## NOTICE OF APPEARANCE OF LYDIA A. JONES

To the clerk:

Please enter the appearance of the undersigned as counsel of record for Defendant Arm's Reach Concepts, Inc.

                                                              _/s/ Lydia Clegnern Jones_
                                                  Lydia A. Jones, Esq. (BBO# 558682)
                                                  JENNINGS, STROUSS & SALMON
                                                  The Collier Center, 11th Floor
                                                  201 East Washington Street
                                                  Phoenix, AZ 85004-2385
                                                  (602) 262-5872

Dated: January 16, 2004

BOS1345297.1

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail)/hand on 1/16/04

_/s/_