UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 16 P 2: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

BABY BUNK, INC.,

                        Plaintiff,

        v.                                      CIVIL ACTION NO. 03-12252 REK

ARM'S REACH CONCEPT, INC.,

                        Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Defendant Arm's Reach Concepts, Inc. hereby discloses that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

ARM'S REACH CONCEPTS, INC.,

By its attorneys,

*/s/ Lydia A. Jones*
Lydia A. Jones, Esq. (BBO# 558682)
JENNINGS, STROUSS & SALMON
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ 85004-2385
(602) 262-5872

*/s/ Mark D. Robins*
Mark D. Robins, Esq. (BBO# 559933)
NIXON PEABODY LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: January 16, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 1/16/04

*/s/ Mark D. Robins*

BOS1345287.1