# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BABY BUNK, INC.,

    Plaintiff,

v.

ARMS REACH CONCEPTS, INC.,

    Defendant.

Civil Action No. 03-CV-12252-REK

## NOTICE OF CHANGE OF FIRM ADDRESS

Please take notice that, effective immediately, the address of Nixon Peabody LLP, counsel for the defendant, has changed. The new address is as follows:

    Nixon Peabody LLP
    100 Summer Street
    Boston, MA 02110-2131
    (617) 345-1000

ARMS REACH CONCEPTS, INC.

By their Attorney,

_____
Mark D. Robins (BBO# 559933)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4/1/04

Dated: April 1, 2004

BOS1368269.1