UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Baby Bunk Inc.,

        Plaintiff

v.                                        Civil Action No. 03-12252REK

Arms Reach Concepts Inc.,
        Defendant

SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

The Court having been advised  by counsel for the plaintiff this matter has settled;  IT IS

ORDERED that this action is hereby dismissed without costs and without prejudice to the right

of any party upon good cause shown within thirty (30)  days to reopen the action if settlement is

not consummated.

By the Court,

/S/ Craig J. Nicewicz

_____

5/6/04
  Date                                   Craig J. Nicewicz

Courtroom Clerk