UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7 P 12: 08

CIVIL ACTION NO. 03-12252-REK

U.S. DISTRICT COURT
DISTRICT OF MASS

BABY BUNK, INC. )
    Plaintiff, )
 )
vs. )
 )
ARMS REACH CONCEPTS, INC. )
    Defendant. )
 )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action hereby stipulate that all claims and counterclaims in this action be dismissed with prejudice, both parties to bear their own costs and waiving all rights of appeal.

ARMS REACH CONCEPTS, INC.
By its attorneys,

_____
Mark D. Robins (BBO# 559933)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: 7/6/04

BABY BUNK, INC.
By their attorneys,

_____ (m p r)
Robert R. Pierce (BBO #549172)
Pierce & Mandell, P.C.
11 Beacon Street
Suite 800
Boston, MA 02108
(617) 720-2444

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 7/6/04

_____

BOS1396884.1